UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61434-ALTMAN/Hunt

**HOWARD MICHAEL CAPLAN**,

    *Plaintiff*,

*v.*

**AAA FLORANADA AUTO REPAIR, INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal with Prejudice [ECF No. 20] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all Defendants in this case. Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The parties will bear their own attorneys' fees and costs.

**DONE AND ORDERED** in the Southern District of Florida this 24th day of October 2022.

_____
**ROY K. ALTMAN**
UNITED STATES DISTRICT JUDGE

cc:    counsel of record